UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH GATTO,

                Plaintiff,

- against -

FUJITEC AMERICA, INC.,

                Defendant.

**ORDER**

21 Civ. 9754 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      As discussed at today's conference, this matter is stayed for 30 days for settlement discussions. The Court has referred this matter to Judge Cott for purposes of settlement. On April 11, 2022, the parties will submit a joint letter informing the Court whether a settlement in principle has been reached. If a settlement has not been reached by that date, the Court will enter the parties' proposed Case Management Plan, adjusted for the 30-day period of settlement discussions.

Dated: New York, New York
       March 10, 2022

                                        SO ORDERED.

                                        Paul G. Gardephe
                                        United States District Judge