

**Bell Law Group, PLLC**
116 Jackson Avenue
Syosset, New York 11791
E: ft@BellLG.com

April 11, 2022

**VIA ECF**
Hon. Paul G. Gardephe
United States District Court Judge for the
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:   *Gatto v. Fujitec America, Inc.*
       21-cv-09754 (PGG)

**Memo Endorsed:** In accordance with the Court's previous order (see Dkt. No. 13), the stay in this matter is lifted, and the Court has entered a revised case management plan, adjusted for the 30-day period of settlement negotiations.

SO ORDERED.

*/s/ Paul A. Gardephe*
Paul G. Gardephe
United States District Judge
Dated: April 27, 2022

Dear Judge Gardephe,

Our office represents the Plaintiff in this matter. We submit this letter jointly with counsel for Defendant, who has reviewed its content before submission.

As the Court is aware, discovery in this matter was stayed in order to have the parties further discuss the prospects of settlement, and schedule a settlement conference thereafter if the parties deemed it productive for this case. *DE #13*. To that end, the parties have exchanged several emails in the month since regarding the total settlement amount as well as what contracts at issue here should be included in that settlement. However, the parties have reached an impasse. As a result, we believe it is necessary for the Court to reinstitute discovery deadlines by entering the parties' proposed Case Management Plan, adjusted for the 30-day period of settlement discussions, as referenced in the March 10th Order. *DE #13*. The parties remain open to returning to settlement discussions as discovery progresses.

Thank you for your attention to this matter.

Sincerely,

/s/
Frank J. Tantone. Esq.