UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH GATTO,

                Plaintiff,

          - against -

FUJITEC AMERICA, INC.,

                Defendant.

**ORDER**

21 Civ. 9754 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

The following schedule will apply to the parties' cross-motions for summary judgment:

(1) the parties' motions, opening briefs, and Rule 56.1 statements are due on **October 11, 2022**;

(2) the parties' opposition briefs and responsive Rule 56.1 statements are due on **November 8, 2022**;

(3) the parties' reply briefs, if any, are due on **November 22, 2022**.

In light of the parties' forthcoming cross-motions for summary judgment, the conference scheduled for September 15, 2022 is adjourned <u>sine die</u>.

Dated: New York, New York
       September 13, 2022

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge