**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSEPH GATTO,

                Plaintiff,

  -against-                                       21 **CIVIL 9754 (PGG)**

**<u>JUDGMENT</u>**

FUJITEC AMERICA, INC.,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated September 26, 2024, Defendant Fujitec's motion for summary judgment (Dkt. No. 38) is granted, and Plaintiff Gatto's motion for summary judgment (Dkt. No. 35) is denied. Accordingly, the case is closed.

**Dated:** New York, New York

      September 26, 2024

                                                 **DANIEL ORTIZ**
                                       **Acting Clerk of Court**

                           **BY:** _____
                                               **Deputy Clerk**